UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HON. PATRICK J. DUGGAN
CIVIL NO.13-11831

SHALECSHA MOORE,
    Plaintiff,
-v-
MILLICENT WARREN , ET.AL,
    Defendant(s).
_____/

**ORDER TO PROVIDE CORRECT NAME/
<u>ADDRESS FOR DEFENDANT(S)</u>**

    The above-entitled action was filed on April 23, 2013.  The Court has directed the U.S. Marshal to serve a copy of the complaint on the named defendants. The docket reflects that defendants Dr. Pei is not employees of the Michigan Department of Corrections.

    In a case where a plaintiff is proceeding *in forma pauperis*, the U.S. Marshal, upon order of the Court, shall serve the summons/waivers and the complaint upon each defendant. Fed. R.Civ. P.4(c)(3). However, where a *pro se* plaintiff fails to provide the Marshal with accurate and sufficient information to effect service of the summons/waivers and complaint, the Court's *sua sponte* dismissal of the unserved defendant is appropriate. *Walker v. Sumner*, 14 F.3d 1415,1421-22(9th Cir. 1994)

    Therefore, IT IS HEREBY ORDERED that plaintiff provide the Court the correct name, title and address of defendant Dr. Pei so that service can  be processed.  Plaintiff is to provide this information to the Court in writing no later than July 26, 2013, or the Court may dismiss this action as to this defendant.

                                <u>s/Patrick J. Duggan</u>
                                Patrick J. Duggan
                                United States District Judge

Dated:July 1, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 1, 2013, by electronic and/or ordinary mail.
                                <u>s/Marilyn Orem</u>
                                Case Manager