**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

SHALECSHA MOORE,

        Plaintiff,

v.                                  CASE NO: 13-CV-11831-DT

MILLICENT WARREN,  ET AL.,

        Defendants.

_____ /

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT**
**AND RECOMMENDATIONS**

      This matter was referred to United States Magistrate David R. Grand pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  In his reports filed on November 17, 2014, the magistrate judge recommended that this court grant Defendant DeAngelo's Motion for Partial Dismissal and Summary Judgment and grant Defendant's Claire Pei's Motion for Summary Judgment. No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

      Having reviewed the file and the report, the court concludes that the findings and conclusions of the magistrate judge are correct and ADOPTS the same for purposes of this Order.

      Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's "Report and Recommendation", Defendant Dr.Claire Pei's Motion for Summary Judgment [ Dkt # 52] and Defendant Jodi DeAngelo's Motion for Partial Dismissal and Summary Judgment [Dkt # 56] are GRANTED.


                        S/Robert H. Cleland
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

_____

[1]The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Dated:  February 22, 2015


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 22, 2015, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522